L. Edward Humphrey, Esq. - NV Bar 9066
Christopher L. Blandford, Esq. - NV Bar 14482
**HUMPHREY LAW PLLC**
201 W. Liberty Street, Suite 350
Reno, Nevada 89501
Tel:  775.420.3500
Fax:  775.683.9917
ed@hlawnv.com
clb@hlawnv.com
*Attorneys for The CIMA Group LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>CWNEVADA, LLC,<br><br>Debtor. | Case No. BK-19-12300-MKN<br><br>Chapter 11<br><br>**EX PARTE APPLICATION FOR ORDER AUTHORIZING RULE 2004 EXAMINATION OF BRIAN C. PADGETT** |

Creditor, THE CIMA GROUP LLC ("CIMA") applies to this Court for entry of an Order authorizing the examination of BRIAN C. PADGETT as Manager of BCP Holding 7, LLC (the Manager of the Debtor), and individually under Fed. R. Bankr. P. 2004.

Under Fed. R. Bankr. P. 2004(b), the examination "may relate only to the acts, conduct and property or to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate, or to the debtor's right to a discharge."  *See* Fed. R. Bankr. P. 2004(b).  Under Local Rule 2004(b), the clerk may sign orders for examination if the date set for examination is more than fourteen (14) days from the date the motion is filed.  *See* L.R. 2004(b).

      The date set for the request Rule 2004 Examination is May 3, 2019 at 10:30 a.m., or as soon thereafter as permissible under applicable law, at a location to be determined in Las Vegas, Nevada. The purpose of the requested Rule 2004 Examination of Brian C. Padgett is related to the acts, conduct, property, liabilities, and financial transactions and business operation of the Debtor and/or its Managers and Members as well as matters that affect the administration of the Debtor's estate.

      The date of the examination is more than fourteen (14) days from the date this Application is being filed and the purpose of the examination is within the scope of Rule 2004(b). The CIMA Group LLC respectfully requests the entry of an order granting this Application.

      DATED: April 17, 2019.

**HUMPHREY LAW PLLC**

By: /s/ *L. Edward Humphrey*
    L. Edward Humphrey, Esq.
    Christopher L. Blandford, Esq.
    *Attorneys for The CIMA Group LLC*