MICHAEL D. MAZUR, ESQ.
Nevada Bar No.  011202
4145 W Ali Baba Ln Suite A
Las Vegas, NV 89118
Telephone:	(702) 564-3128
Facsimile:	(702) 564-3175
*complaint@mazurbrooks.com*
*General Counsel, CWNEVADA LLC*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

CWNEVADA LLC.

      Debtor.

Case No.:   19-BK-12300-MKN

CHAPTER 11

Hearing Date:   June 5, 2019
Hearing Time:   9:30 a.m.

**NOTICE OF HEARING**

**NOTICE IS HEREBY GIVEN** that a MOTION FOR EXTENSION OF TIME TO FILE INCOMPLETE AND/OR DEFICIENT SCHEDULES was filed on April 30, 2019, by Debtor CWNEVADA LLC.  The Motion seeks the following relief:  request to extend the time to file schedules to May 30, 2019.   Any opposition must be filed pursuant to Local Rule 9014.

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)).  The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).   If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

1

1   If you do not file a written response with the court, or if you do not serve your written
2   response on the person who sent you this notice, then:

3   • The court may *refuse to allow you to speak* at the scheduled hearing; and

4   • The court may *rule against you* without formally calling the matter at the hearing.

6   **NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a
7   United States Bankruptcy Judge, in the District of Nevada on June 5, 2019 at the hour of 9:30 a.m.

8   DATED this 1st day of May 2019.

CWNEVADA LLC

*/s/  Michael D. Mazur*
MICHAEL D. MAZUR, ESQ.
4145 W Ali Baba Ln Suite A
Las Vegas, NV 89118
Telephone:    (702) 564-3128
Facsimile:    (702) 564-3175
*complaint@mazurbrooks.com*
*General Counsel*
*CWNevada LLC*.

**CERTIFICATE OF ELECTRONIC SERVICE**.

I HEREBY CERTIFY that on the 1st day of May 2019, that I electronically served one (1) copy of the foregoing document titled **NOTICE OF HEARING** (for MOTION FOR EXTENSION OF TIME TO FILE INCOMPLETE AND/OR DEFICIENT SCHEDULES) upon the following attorneys of record via Nevada Bankruptcy Court's Electronic File and Serve program (CM/ECF):

JUSTIN L. CARLEY on behalf of Creditor 4FRONT ADVISORS LLC
jcarley@swlaw.com, rlengsavath@swlaw.com;DOCKET_LAS@swlaw.com

CHARLES E. GIANELLONI on behalf of Creditor 4FRONT ADVISORS LLC
cgianelloni@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;jstevenson@swlaw.com;docket_las@swlaw.com

KARA B. HENDRICKS on behalf of Creditor GREEN PASTURES FUND, LLC
hendricksk@gtlaw.com, lvlitdock@gtlaw.com;flintza@gtlaw.com

KARA B. HENDRICKS on behalf of Creditor GREEN PASTURES GROUP, LLC
hendricksk@gtlaw.com, lvlitdock@gtlaw.com;flintza@gtlaw.com

KARA B. HENDRICKS on behalf of Creditor GROWTH OPPORTUNITIES, LLC
hendricksk@gtlaw.com, lvlitdock@gtlaw.com;flintza@gtlaw.com

KARA B. HENDRICKS on behalf of Creditor JAKAL INVESTMENTS, LLC
hendricksk@gtlaw.com, lvlitdock@gtlaw.com;flintza@gtlaw.com

KARA B. HENDRICKS on behalf of Creditor JONATHAN S. FENN REVOCABLE TRUST
hendricksk@gtlaw.com, lvlitdock@gtlaw.com;flintza@gtlaw.com

BRIAN E HOLTHUS on behalf of Creditor HIGHLAND PARTNERS NV LLC
bankruptcy@juww.com, bankruptcy@juwlaw.com;mw@juwlaw.com;kom@juwlaw.com

BRIAN E HOLTHUS on behalf of Creditor MI-CW HOLDINGS LLC
bankruptcy@juww.com, bankruptcy@juwlaw.com;mw@juwlaw.com;kom@juwlaw.com

BRIAN E HOLTHUS on behalf of Creditor MI-CW HOLDINGS NV FUND 2 LLC
bankruptcy@juww.com, bankruptcy@juwlaw.com;mw@juwlaw.com;kom@juwlaw.com

L. EDWARD HUMPHREY on behalf of Creditor THE CIMA GROUP LLC
ed@hlawnv.com, caroline@hlawnv.com

DAVID S. LEE on behalf of Interested Party TIMOTHY SMITS VAN OYEN
dlee@lee-lawfirm.com, crenwick@lee-lawfirm.com

DAVID S. LEE on behalf of Plaintiff TIMOTHY SMITS VAN OYEN
dlee@lee-lawfirm.com, crenwick@lee-lawfirm.com

MICHAEL D MAZUR on behalf of Debtor CWNEVADA LLC
complaint@mazurandbrooks.com, mmazur@mazurandbrooks.com

CHRISTOPHER MILTENBERGER on behalf of Creditor GREEN PASTURES FUND, LLC

MILTENBERGERC@GTLAW.COM

BOB L. OLSON on behalf of Creditor 4FRONT ADVISORS LLC
bolson@swlaw.com,
mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jstevenson@swlaw.com;nkanute@swlaw.com

CHARLENE N RENWICK on behalf of Plaintiff TIMOTHY SMITS VAN OYEN
crenwick@lee-lawfirm.com

JEFFREY R. SYLVESTER on behalf of Creditor ALI BABA, LLC
jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Creditor FORTRESS OAKRIDGE, LLC
jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

RYAN J. WORKS on behalf of Creditor MC BRANDS, LLC
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

                                                    /s/  Dianna Mullis
                                                  Employee of Attorney