L. Edward Humphrey, Esq. - NV Bar 9066
Christopher L. Blandford, Esq. - NV Bar 14482
**HUMPHREY LAW PLLC**
201 W. Liberty Street, Suite 350
Reno, Nevada 89501
Tel:  775.420.3500
Fax:  775.683.9917
ed@hlawnv.com; clb@hlawnv.com
*Attorneys for The CIMA Group LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: | Case No. BK-19-12300-MKN |
| CWNEVADA, LLC, | Chapter 11 |
| Debtor. | EXAM DATE:  May 10, 2019<br>EXAM TIME:  10:30 a.m. |

**AMENDED NOTICE OF 2004 EXAMINATION**
**AND ISSUANCE OF SUBPOENA FOR RULE 2004 EXAMINATION**

**PLEASE TAKE NOTICE** that on the 19th day of April 2019, the Bankruptcy Court entered an Order authorizing The CIMA Group LLC to conduct a 2004 Examination of Brian C. Padgett.  *See* ECF No. 10.  The Rule 2004 Examination of Brian C. Padgett has been rescheduled for May 10, 2019 at 10:30 a.m. at the Law Offices of McDonald Carano, 2300 W. Sahara Avenue, Ste. 1200, Las Vegas, Nevada 89102.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Federal Rule of Civil Procedure 45, The CIMA Group LLC served a subpoena upon Brian C. Padgett.  (See ECF 11 for a copy of the subpoena)

DATED:  May 2, 2019.

**HUMPHREY LAW PLLC**

By: /s/ *L. Edward Humphrey*
    L. Edward Humphrey, Esq.
    *Attorneys for The CIMA Group LLC*

## **CERTIFICATE OF SERVICE**

I have served a copy of the foregoing document(s) filed in the above captioned case to the persons/parties and in the manner and on the dates listed in the paragraph below:

☒ **ECF System,** on May 2, 2019 to all persons registered with the Court's CM/ECF system in this case,

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED: May 2, 2019.

                                                         **HUMPHREY LAW PLLC**

                                                        By: /s/ *Caroline Carter*
                                                            Caroline Carter, Paralegal