L. Edward Humphrey, Esq. - NV Bar 9066
Christopher L. Blandford, Esq. - NV Bar 14482
**HUMPHREY LAW PLLC**
201 W. Liberty Street, Suite 350
Reno, Nevada 89501
Tel:  775.420.3500
Fax:  775.683.9917
ed@hlawnv.com; clb@hlawnv.com
*Attorneys for The CIMA Group LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re:<br><br>CWNEVADA, LLC,<br><br>    Debtor. | Case No. BK-19-12300-MKN<br><br>Chapter 11<br><br>**NOTICE OF HEARING RE: MOTION FOR ORDER TO SHOW CAUSE WHY BRIAN C. PADGETT SHOULD NOT BE HELD IN CONTEMPT**<br><br>**Hearing Date:**   June 19, 2019<br>**Hearing Time:**   9:30 a.m. |

    **PLEASE TAKE NOTICE** that Creditor THE CIMA GROUP LLC in the above captioned Bankruptcy Case has filed a motion titled *MOTION FOR ORDER TO SHOW CAUSE WHY BRIAN C. PADGETT SHOULD NOT BE HELD IN CONTEMPT* (the "Motion"). The Motion was filed on May 13, 2019, at ECF No. 70. The Motion requests that the Court enter an Order to Show Cause why Brian C. Padgett should not be held in contempt and enter an order: (1) compelling Padgett to produce documents in response to the Rule 2004 Order and Subpoena, without objection; (2) compelling Padgett to submit to examination as required by the Rule 2004 Order and Subpoena; (3) requiring Padgett to appear and show cause why he should not be held in contempt of court; and (4) awarding such additional relief and sanctions as this Court considers appropriate under the circumstances.

    **PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a hearing in the CWNEVADA Bankruptcy to consider the Motion, with said hearing to be held on **June 19, 2019 at 9:30 a.m. before a United States Bankruptcy Judge, in the Foley Federal Building, Courtroom 2 (3rd Floor), 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101** (the "Motion Hearing"), as may be continued from time to time as the Court orders.

    **PLEASE TAKE FURTHER NOTICE** if you do not want the Bankruptcy Court to grant the relief sought in the Motion, you must file a WRITTEN objection with the Bankruptcy

1

Court. You must also serve your written response on the person who sent you this notice. The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

If you do not file a written response with the Bankruptcy Court, or if you do not serve your written response on the person who sent you this notice, then: (1) the court may refuse to allow you to speak at the scheduled Motion Hearing; and (2) the court may rule against you without formally calling the matter at the Motion Hearing.

Any objection to the Motion must be filed with the Bankruptcy Court (with courtesy copies delivered to the Court's Chambers) and served upon undersigned, L. Edward Humphrey, Esq., at the above email and/or mailing address no later than fourteen (14) days preceding the Motion Hearing. *See* Local Rule 9014(d)(1).

Copies of the Motion and any related pleadings, may be obtained at the United States Bankruptcy Court for the District of Nevada, 300 Las Vegas Boulevard, South, Las Vegas, Nevada 89101, by visiting http://www.nvb.uscourts.gov (PACER Account required), or by contacting Humphrey Law PLLC, Attn: L. Edward Humphrey, Esq., (775) 420-3500, ed@hlawnv.com, or via regular mail at 201 W. Liberty Street, Suite 350, Reno, NV 89501 3.

DATED: May 14, 2019.

**HUMPHREY LAW PLLC**

By: /s/ *L. Edward Humphrey*
L. Edward Humphrey, Esq., # 9066
*Counsel for The CIMA Group LLC*